UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Complaint,

   -OF-

SIMPSON & BROWN, INC., as Owner of a
2015 26 Foot Scully Aluminum Survey Boat, for
Exoneration from or Limitation of Liability,

                        Petitioner.
-------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

23-CV-2257 (RER) (LB)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated February 18, 2025, (ECF No.22 (the "R&R")), Magistrate Judge Lois Bloom recommended that the Court grant petitioner's second motion for a default judgment and exoneration. (*Id.*). Judge Bloom advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of petitioner and to close this case.

SO ORDERED.

Hon. Ramón E. Reyes, Jr. Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.04.01 12:49:31 -04'00'

RAMÓN E. REYES, JR.
United States District Judge

Dated: April 1, 2025
        Brooklyn, NY